1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   Attorney for **WANDA CHURCH**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| WANDA CHURCH, | CASE NO.:   2:11-CV-01236-KJN |
|---|---|
| Plaintiff, | Stipulation and Order Extending Time to File and Serve Motion |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of February 3, 2012. The extension is needed due to technical difficulties in plaintiffs attorney's office.

1   This is the 1st request for extension by plaintiff.

2

3   Dated:  1/3/12                                    /s/ Peter Brixie
                                                      PETER BRIXIE
                                                      Attorney at Law
4                                                     Attorney for Plaintiff

5

6   Dated:  1/3/12                          By:    /s/ Geralyn Gulseth for Armand Roth
                                                   ARMAND D. ROTH
7                                                  Special Assistant U. S. Attorney
                                                   Attorney for Defendant
8

9                                      __ooo__

10                                     **ORDER**

11      The parties' stipulation (Dkt. No. 16) is HEREBY APPROVED.  Plaintiff shall have

12  until February 3, 2012, to file her motion for summary judgment.  The court's scheduling order is

13  modified accordingly.

14          IT IS SO ORDERED.

15  DATED: January 4, 2012

16

17                                          _____
                                            KENDALL J. NEWMAN
18                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28